IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY C. BONTEMPS,　　　　　　　　　　No. 2:16-cv-2814-CMK-P

　　　　Plaintiff,

　vs.　　　　　　　　　　　　　　　　　　ORDER

BAKER, et al.,

　　　　Defendants.

_____/

　　　　Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to Eastern District of California Local Rules, this case was not assigned to a District Judge when the case was filed. Plaintiff had consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and since no other party had been served or appeared in the action, the Magistrate Judge issued a dismissal order and judgment was entered on July 13, 2017. Upon appeal, the Ninth Circuit Court of Appeals vacated the Magistrate Judge's judgment and remanded this action for further proceedings pursuant to Williams v. King, 875 F.3d 500, 503-05 (9th Cir. 2017). The appellate court mandate issued on March 22, 2018.

　　　　Pursuant to the appellate court order, the assignment of a District Judge is necessary to properly address the case.

1

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly assign a District Judge and to update the docket to reflect the new case number.

DATED: April 18, 2018

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE